matter to the Commonwealth Court to enter an Order consistent with this Opinion.

***ORDER***

PER CURIAM.

Appeal dismissed as having been improvidently granted.

Chief Justice ZAPPALA and Justice CAPPY and NIGRO dissent.

**COMMONWEALTH of Pennsylvania,**
**Appellee**

v.

**Lindon Edward JOHNSON, Appellant.**

Supreme Court of Pennsylvania.

Argued Dec. 3, 2002.

Decided Dec. 27, 2002.

David B. Keeffe, for Lindon Edward Johnson, appellant.

Todd K. Hinkley, Hallstead, Stephen G. Downs, Robert Bruce McGuinness, Towanda, for Com. of Pa., appellee.

Before ZAPPALA, C.J., and CAPPY, CASTILLE, NIGRO, NEWMAN, SAYLOR and EAKIN, JJ.

**James DUFFY, Appellee**

v.

**COMMONWEALTH of Pennsylvania, DEPARTMENT OF TRANSPORTATION, BUREAU OF DRIVER LICENSING, Appellant.**

Supreme Court of Pennsylvania.

Argued Dec. 3, 2002.

Decided Dec. 27, 2002.

Timothy P. Wile, Harold H. Cramer, Andrew S. Gordon, James M. Sheehan, Harrisburg, for appellant, Bureau of Driver Licensing.

John S. Carnes, West Chester, for appellee, James Duffy.

Before ZAPPALA, C.J., and CAPPY, CASTILLE, NIGRO, NEWMAN, SAYLOR and EAKIN, JJ.